No. 04–5211. WEST, AKA GREEN, v. UNITED STATES; and
No. 04–5218. JACKSON v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 04–5212. THOMPSON v. NEW JERSEY. Super. Ct. N. J.,
App. Div. Certiorari denied.

No. 04–5213. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5216. WATERFIELD v. FLORIDA. Dist. Ct. App. Fla.,
2d Dist. Certiorari denied.

No. 04–5217. HAMMON v. DANIELS, WARDEN. C. A. 9th Cir.
Certiorari denied.

No. 04–5219. BURKE v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION. C. A. 5th Cir. Certiorari denied.

No. 04–5221. DIETELBACH v. OHIO EDISON CO. C. A. 6th Cir.
Certiorari denied.

No. 04–5223. GROSS v. OHIO. Ct. App. Ohio, Muskingum
County. Certiorari denied.

No. 04–5224. GRASTY v. WOLFE, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir.
Certiorari denied.

No. 04–5225. SKILLERN v. GEORGIA. Ct. App. Ga. Certiorari
denied.

No. 04–5227. RUSH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5228. SUDDUTH, AKA MUHAMMAD v. MARTINEZ, SEC-
RETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A.
3d Cir. Certiorari denied.

No. 04–5229. RIEBSAME v. PRINCE ET AL. C. A. 11th Cir.
Certiorari denied.

No. 04–5230. RODRIGUEZ v. TRUSTEES OF COLUMBIA UNIVER-
SITY IN THE CITY OF NEW YORK ET AL. Ct. App. N. Y. Certio-
rari denied.